# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1865

_____

Dwight Laney,                                *
                                             *
                    Appellant,               *    Appeal from the United States
                                             *    District Court for the Eastern
          v.                                 *    District of Missouri.
                                             *
Kenneth S. Apfel, Commissioner of            *         [UNPUBLISHED]
Social Security Administration,              *
                                             *
                                             *
                    Appellee.                *

_____

Submitted: January 12, 2001

Filed: January 19, 2001

_____

Before RICHARD S. ARNOLD, FAGG, and BOWMAN, Circuit Judges.

_____

PER CURIAM.

Dwight Laney sought social security disability insurance and supplemental security income benefits asserting his diabetes, arthritis, bad back, and neck pain disabled him. An administrative law judge (ALJ) decided that Laney could not return to his past relevant work as a custodian, but that Laney retained the residual functional capacity to perform other sedentary work. The Commissioner denied benefits, and Laney sought judicial review. The district court concluded the decision was supported by substantial evidence on the record as a whole. On appeal, Laney contends the ALJ

committed error in not calling a vocational expert to testify and in failing to make appropriate credibility determinations of Laney's witnesses. Having carefully reviewed the record, we reject Laney's contentions for the reasons given in the district court's opinion.  See 8th Cir. R. 47B.  We thus affirm the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.